# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE:  **Dylan Raymond TERRAZAS**
          **Jared Fernando BARRIGA**

I,          Manuel W. Gutierrez          , declare and state as follows:

1. On October 03, 2020, a Supervisory Border Patrol Agent (SBPA) assigned to the United States Border Patrol (USBP) station in Freer, Texas received a call from a concerned citizen stating a grey Dodge pick-up truck was seen inside a ranch near Highway 59. Moments later, a Border Patrol Agent (BPA) received an image captured by a motion activated camera.  The image showed a grey Dodge pick-up truck driving through a fence.  The image was captured in the vicinity of Highway 59 and Farm to Market Road (FM) 2050 near the Freer USBP checkpoint in Webb County Texas. BPAs responded to FM 2050 to further investigate the vehicle shown in the image.  The BPAs waited at the intersection of FM 2050 and San Pablo Road in search of the grey Dodge pick-up truck.

2. Moments later, BPAs observed a grey Dodge pick-up truck on FM 2050.  The BPAs followed the truck until reaching the town of Bruni, Texas.  The grey Dodge pick-up truck then travelled eastbound on highway 359 for approximately two (2) miles.  The BPAs completed a vehicle registration check via service radio and conducted a traffic stop of the vehicle.

3. Immigration inspections revealed all seventeen (17) passengers were undocumented aliens (UDA)s illegally present inside the United States with no legal documentation to be in or remain inside the United States. The driver of the pick-up truck identified as Dylan Raymond TERRAZAS, the front passenger identified as Jared Fernando BARRIGA, and the UDAs were placed under arrest and taken to the Freer Border Patrol checkpoint for further processing.

4. Homeland Security Investigations (HSI) special agents (SAs) and task force agents (TFAs) were advised of the incident and responded to the Freer USBP checkpoint.

5. On the same day, at approximately 2:25 p.m., HSI SAs and TFAs interviewed BARRIGA following a waiver of his Miranda Rights. BARRIGA stated he was offered $1000 USD for his role in the smuggling event. BARRIGA claimed he observed people being loaded from two separate residences in Laredo, Texas onto the backseat of the grey Dodge pick-up truck.  BARRIGA asserted he did not drive the grey Dodge pick-up truck at any point and therefore occupied the passenger seat.  BARRIGA added TERRAZAS drove the grey Dodge pick-up truck during the entirety of the smuggling event.  According to BARRIGA, he and TERRAZAS were aware the subjects in the backseat were UDAs and also stated they were transporting them to San Antonio, Texas. Additionally, BARRIGA admitted to utilizing bolt cutters to cut a chain on a ranch gate on Highway 59. BARRIGA claimed he attempted to do so under TERRAZAS' direction. BARRIGA also stated TERRAZAS drove through the gate with the grey Dodge pick-up truck when BARRIGA was not able to cut the chain.

6. On the same day, at approximately 3:00 p.m., HSI SAs and TFAs interviewed TERRAZAS following a waiver of his Miranda Rights. TERRAZAS stated he was offered an unknown amount of "bands" or money for his role in the smuggling event.  TERRAZAS claimed he observed people being loaded from two separate residences onto the backseat of the grey Dodge Dually truck.  TERRAZAS admitted he drove the grey Dodge pick-up truck throughout for the entirety of the smuggling event and intended to drop them off in San Antonio, Texas. TERRAZAS stated he knew the subjects were UDAs and expressed remorse when he described how they were crammed in the backseat in poor and unsafe conditions.

7. HSI SAs and TFAs interviewed material witness Oscar SALAZAR-Cuatzozon.  SALAZAR-Cuatzozon stated he is a national and citizen of Mexico illegally present inside the United States. SALAZAR-Cuatzozon said he made arrangements with a Human Smuggling Organization (HSO) to be smuggled into the United States. SALAZAR-Cuatzozon stated he was smuggled across the Rio Grande River by walking across shallow water on or about October 2020.  SALAZAR-Cuatzozon asserted the driver and passenger were both young and slender males with curly hair.  SALAZAR-Cuatzozon's description of both defendants coincides with their respective appearances.

8. HSI SAs and TFAs interviewed material witness Gilberto SALAZAR-Fernandez.  SALAZAR-Fernandez stated he is a national and citizen of Mexico illegally present inside the United States.  SALAZAR-Fernandez said he made arrangements with a Human Smuggling Organization (HSO) to be smuggled into the United States. SALAZAR-Fernandez stated he was smuggled across the Rio Grande River by walking across shallow water on or about October 2020.  SALAZAR-Fernandez asserted the driver and passenger were both young and slender males with curly hair.  SALAZAR-Fernandez' description of both defendants coincides with their respective appearances.

**[END]**

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on the ____4th____ day of _____October_____ , ____2020____ .

/s/   Manuel W. Gutierrez
Manuel W. Gutierrez
Task Force Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____ , _____.

UNITED STATES MAGISTRATE JUDGE